THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| GRANITE STATE INSURANCE COMPANY,<br><br>        Plaintiff,<br>   v.<br><br>MENTAL HEALTH RISK RETENTION GROUP,<br><br>        Defendant. | CASE NO. C16-0795-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 30). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. Plaintiff's pending motion for partial summary judgment (Dkt. No. 24) is DISMISSED AS MOOT. The Clerk is directed to CLOSE this case.

//

//

//

//

MINUTE ORDER 2:16-cv-0795-JCC
PAGE - 1

DATED this 24th day of April 2017.

<u>William M. McCool</u>
Clerk of Court

<u>/s/Paula McNabb</u>
Deputy Clerk